UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| VS. | § | CRIMINAL ACTION NO. C-06-00643-1 |
| | § | |
| JOSE SANTOS CANTU, JR., | § | |
| | § | |
| Defendant. | § | |

## **ORDER**

On this day came on to be considered the Defendant Jose Santos Cantu, Jr.'s Motion to Substitute Counsel.

IT IS ORDERED that said motion be and is hereby GRANTED and that RON BARROSO is substituted as counsel for the Defendant Jose Santos Cantu, Jr. in place and in stead of ALBERT ANTHONY PENA, III.

SIGNED this 26th day of March, 2007.

_____
Janis Graham Jack
United States District Judge